Morris Forman, trading as Forman's Furniture Store, appellee, v. Frank Balsamo, appellant. Gen. No. 33,348.

Opinion filed January 2, 1930.

Myron E. Wisch, for appellant; Sidney R. Tarkoff and Nathan Einhorn, of counsel. Crow & Loeff, for appellee; Hyman Reeder, of counsel.

Mr. Justice Ryner delivered the opinion of the court.